IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STACY N. BRISCOE**                                                                                    **PLAINTIFF**

v.                                         Case No. 3:24-CV-00210-JM

**DOES**                                                                                                **DEFENDANTS**

## ORDER

Briscoe has not complied with the November 8, 2024 Order directing her to pay the filing and administrative fees for this case or file a motion to proceed *in forma pauperis*. *Doc. 2*. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 19th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE