IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STACY N. BRISCOE**                                                                                                 **PLAINTIFF**

**v.**                                            **Case No. 3:24-CV-00210-JM**

**DOES**                                                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 19th day of December 2024.

_____
UNITED STATES DISTRICT JUDGE